*82,685-01*

Mr. Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, Texas
            78711

                            RE: Motion requesting evidentiary
                            hearing in support of WR-82,685-01,
                            TR.Ct.No.B-35,839-A

Mr. Acosta,                           March 2, 2015

    I filed a motion requesting a EVIDENTIARY HEARING on
January 26, 2015, and requested that it be filed with the
Court. I have not heard anything back, could you please
tell me the status of the motion please?

    Your assistance in this matter is greatly appreciated.

                            Sincerely,
                            Mr. Billy Haynes #1723231
                            Clements H/S
                            9601 Spur 591
                            Amarillo, Texas
                                        79107

    A copy of the MOTION REQUESTING EVIDENTIARY HEARING in
support of my writ of habeas corpus 11.07 was sent to the
State Prosecuting Attorney's office, as well as the District
Attorney's office-Ector County Texas.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 06 2015

Abel Acosta, Clerk